

# Fourth Court of Appeals
## San Antonio, Texas

June 17, 2019

No. 04-19-00332-CV

Lee B. **WHEELER**, Trustee of the L& P Children's Trust and Nancy Wheeler Plumlee,
Appellant

v.

**SAN MIGUEL ELECTRIC COOPERATIVE, INC**.,
Appellee

From the 36th Judicial District Court, McMullen County, Texas
Trial Court No. M-17-0027-CV-A
Honorable Starr Boldrick Bauer, Judge Presiding

## O R D E R

On May 22, 2019, Lisa Riley, the court reporter responsible for preparing the reporter's record in this appeal, filed a notification of late record, stating that (1) appellant had failed to pay or make arrangements to pay the fee for preparing the reporter's record; and (2) appellant had failed to request in writing that she prepare the reporter's record. *See* TEX. R. APP. P. 34.6(b)(1), 35.3(b). We therefore ordered appellant to provide written proof to this court that either (1) the reporter's fee had been paid or arrangements had been made to pay the reporter's fee; or (2) appellant was entitled to appeal without paying the reporter's fee. We further ordered appellant to file written proof to this court that he had requested the official court reporter to prepare the reporter's report in compliance with Texas Rule of Appellate Procedure 34.6 and had filed a copy of the request with the trial court clerk. *See* TEX. R. APP. P. 34.6(b)(2).

In response to our order, appellant filed written proof that he has made arrangements to pay the fee for preparing the reporter's record, has requested in writing that the court reporter prepare the reporter's record, and filed a copy of the request with the trial court clerk. Therefore, we ORDER Lisa Riley, the court reporter responsible for preparing the reporter's record in this appeal, to file the reporter's record on or before **July 17, 2019**.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of June, 2019.



Keith E. Hottle,
Clerk of Court